No. 6459.

BLAIZE PRADEL, PERE VS. BLAIZE PRADEL, FILS.

Upon a motion to dismiss the appeal for insufficient security on the appeal bond, the proof below being that the security is wholly irresponsible, the motion will prevail notwithstanding the appellant files in this court receipts for the costs of both courts already paid by him.  The motion is decided upon the condition of things existing at the time it is made.

APPEAL from the Fifth District Court of New Orleans.   CULLOM, J.

*Collens* for  Plaintiff.   *Buck & Dinklespiel* for  Appellant.

MARR, J.   Appellee moves to dismiss the appeal, because of the insufficiency of the surety on the appeal bond.

The proof shows that the surety is wholly irresponsible.

The appellant has filed in this court receipts for costs of this court and the court below paid by her.   The motion to dismiss must be decided by the condition of things existing at the time it is made.

We cannot hear evidence as to the sufficiency of the surety ; that must be shown by evidence taken in the court below.

*Appeal dismissed.*